# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PIKE DOYLE, SR., | Case No. 1:19-cv-01488-LJO-SKO |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |
| v. | |
| MADERA SUPERIOR COURT, MITCHELL RIGBY, D.A. COUNTY OF MADERA, NOAH MARSHALL, | |
| Defendants. | |

Plaintiff Thomas Pike Doyle, Sr. is a prisoner proceeding pro se in this action. Plaintiff has neither paid the $400 filing fee, nor submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, along with a copy of his prisoner's trust fund account statement from Madera County Jail showing all account activity for the 6 months immediately preceding the filing of the complaint, (*see* 28 U.S.C. § 1915(a)(2)), or, in the alternative, he shall pay the $400 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **October 22, 2019**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE